**RECEIVED**

JUL - 7 2011

TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GARY DON THOMPSON #34062 | CIVIL ACTION NO. 10-0760 |
| VERSUS | JUDGE TOM STAGG |
| BEN'S HALFWAY HOUSE, ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons in the foregoing Memorandum Ruling and those assigned in the Report and Recommendation, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Step Up, Inc.'s **Motion to Dismiss (Doc. 51)** is **granted** and all claims against Step Up, Inc. are **dismissed with prejudice** for failure to state a claim on which relief may be granted. This resolves all claims against all parties in this civil action, so this is the final judgment.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 7th day of July, 2011.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE